## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>JAIME GONZALEZ,<br><br>                Defendant. | CASE NO. 13CR0082-BTM<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) as charged in the Indictment:

21:952 AND 960 - IMPORTATION OF A CONTROLLED SUBSTANCE (FELONY)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/30/13

                                                  DAVID H. BARTICK<br>
                                                  U.S. Magistrate Judge